UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cr-39-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )<br>)<br>SHANA SIGMON, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Probation/Supervised Release. (Doc. No. 141, 145). The Government has filed a response. (Doc. No. 144, 147).

In its response in support, the Government asserts that neither the Government nor probation opposes the early termination of Defendant's period of supervised release. Because Defendant has shown that she is a good candidate for early termination, the Court will therefore grant Defendant's motion.

**IT IS THEREFORE ORDERED** that Defendant's pro se Motion for Early Termination of Probation/Supervised Release, (Doc. No. 141, 145), is **GRANTED**.

Signed: July 14, 2023

Max O. Cogburn Jr.
United States District Judge

1

2